UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRIKA JEANNE MELLON,

    Plaintiff,

v.                                CASE  NO: 14-CV-14374-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

                                          ENTERED BY ORDER OF THE COURT

Dated: March 9, 2016                 s/Lisa Wagner
                                      Lisa Wagner, Case Manage to
                                      Judge Robert H. Cleland